PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Jerome Dorian Baker**

**Docket No. 0:01CR00353-1(RHK)** /AJB

**Petition on Supervised Release**

COMES NOW **Karen L. Godin**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Jerome Dorian Baker** who was sentenced on June 26, 2002, by the Honorable Richard H. Kyle, sitting in the court at St. Paul, MN, who fixed the period of supervision at 4 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Home detention; participate in drug/alcohol treatment program (added per modification of 2-10-04); and pay restitution in the amount of $23,329.78

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

MANDATORY CONDITION: The defendant shall not commit another federal, state, or local crime.

STANDARD CONDITION # 11: The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.

The defendant failed to notify this officer of an arrest as required by his conditions of supervised release. On August 31, 2003, he was arrested by the Brooklyn Park, Minnesota, Police Department and was subsequently charged with Fifth Degree Assault, Criminal Damage to Property, and Driving After Revocation.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall perform 40 hours of community service, as approved by the probation officer.

ORDER OF THE COURT

Considered and ordered this 10th day of December, 2004, and ordered filed and made a part of the records in the above case.

Honorable Richard H. Kyle
U.S. District Judge

Respectfully,

Karen L. Godin
U.S. Probation Officer

Place Minneapolis
Date December 8, 2004

SCANNED
DEC 10 2004
U.S. DISTRICT COURT ST. PAUL

c: United States Sentencing Commission