Prob 49

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Jerome Dorian Baker

Docket No. 01CR00353

**HEARING WAIVER**

I, Jerome Dorian Baker, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

The defendant shall perform 40 hours of community service, as approved by the probation officer.

Signed: Witness:

X Jerome D. Baker

Jerome Dorian Baker
Supervised Releasee

Dated: 12/7/04